IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARTHELLA JOHNSON TRUST,**
Guardian of Minor John Doe 1                                                              **PLAINTIFF**

v.                              Case No. 4:20-cv-00873-LPR

**PATTY KUPFER,** Campaign
Director/State Policy Director;
**ARKANSAS DEPARTMENT OF LABOR**                                          **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 21st day of October, 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE